# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1302

_____

Calvin Silva,                            *
                                         *
            Petitioner-Appellee,         *
                                         *   Appeal from the United States
      v.                                 *   District Court for the District
                                         *   of Nebraska.
Robert Houston,                          *
                                         *   [UNPUBLISHED]
            Respondent-Appellant.        *

_____

Submitted: September 25, 2008
Filed: November 21, 2008

_____

Before BYE, BEAM, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Robert Houston, Director of the Nebraska Department of Correctional Services, appeals the district court's[1] decision to grant Calvin Silva's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 and to order Silva's immediate release. Reviewing the district court's conclusions of law de novo and its factual findings for clear error, Randolph v. Kenna, 276 F.3d 401, 403 (8th Cir. 2002) (standard of review), we affirm, see 8th Cir. R. 47B.

_____

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.